**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SANDRA L. MERWIN,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | NO. CV-06-5050-MWL<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

**CLOSE FILE.**

DATED this 2nd day of May, 2007.

                                    JAMES R. LARSEN<br>
                                    District Court Executive/Clerk

                               by: <u>s/Pamela A. Howard</u><br>
                                       Deputy Clerk

cc: all counsel